UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**AMENDED JUDGMENT** |

This Order supersedes ECF No. 496.

On July 22, 2020, the Court granted the Plaintiffs' motion for final approval and granted in part Plaintiffs' motion for attorney's fees, costs, expenses, and incentive awards. ECF No. 497. Judgment is entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 22, 2020

_____
LUCY H. KOH
United States District Judge